UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:11-CV-00169-BO

| | | |
|---|---|---|
| CHRISTINA LYNN JACOBS, | ) | |
|        Plaintiff, | ) | |
| | ) | |
|    v. | ) | **DEFENDANTS'** |
| | ) | **MOTION FOR** |
| N.C. ADMINISTRATIVE OFFICE | ) | **SUMMARY JUDGMENT** |
| OF THE COURTS, and JAN | ) | |
| KENNEDY in her official capacity as | ) | |
| NEW HANOVER COUNTY CLERK | ) | (Fed. R. Civ. P. 56) |
| OF SUPERIOR COURT, | ) | |
|        Defendants. | ) | |

NOW COME the Defendants, by and through Roy Cooper, North Carolina Attorney General, Valerie L. Bateman, Special Deputy Attorney General, and Kathryn Shields, Associate Attorney, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and move this Court to grant Defendants' summary judgment on Plaintiff's Complaint. In support of this motion the undersigned submit a contemporaneously filed memorandum in support, and the Affidavits of Sandra J. Gerstenmier, Teresa Caison, John Owen Plummer Mathis, Ashley Stewart, Bert Croom, and George P. Corvin, M.D. and their attachments; the Depositions of Jan Kennedy, Brenda Tucker, Debra Excell, Melissa Griffin, Alice Radewicz, Ashley English and Plaintiff Christina Jacobs, and Exhibits 1-53 referred to therein.

-1-

Respectfully submitted, this the 31st day of October, 2012.

<div style="margin-left: 50%;">

ROY COOPER
Attorney General


/s/ Valerie L. Bateman
Special Deputy Attorney General
North Carolina State Bar No. 13417
Email: vbatemen@ncdoj.gov


/s/ Kathryn Shields
Associate Attorney
North Carolina State Bar No. 43200
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6860
Facsimile: (919) 716-6755
Email: kshields@ncdoj.gov

</div>

## CERTIFICATE OF FILING AND SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing MOTION FOR SUMMARY JUDGMENT, AFFIDAVITS AND ATTACHMENTS, DEPOSITIONS AND EXHIBITS with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the plaintiff, Vanessa K. Lucas, Lisa Grafstein, and A. Mercedes Restucha-Klem.

Vanessa K. Lucas
N.C. State Bar No. 33582
Edelstein & Payne
Post Office Box 28186
Raleigh, N.C. 27611
Telephone: 919-828-1456
Fax: 919-828-4869
vanessa@edelsteinpayne.com

Lisa Grafstein
N.C. State Bar No. 22076
lisa.grafstein@disabilityrightsnc.org
A. Mercedes Restucha-Klem
N.C. State Bar No. 40018
mercedes.restucha@disabilityrightsnc.org
Disability Rights North Carolina
2626 Glenwood Ave., Suite 550
Raleigh, N.C. 27608
Telephone: 919-856-2195
Fax: 919-856-2424

This the 31st day of October, 2012.

/s/ Valerie L. Bateman.
Special Deputy Attorney General

/s/ Kathryn H. Shields
Associate Attorney General

-3-