FILED:  October 1, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-2212

(7:11-cv-00169-BO)

_____

CHRISTINA LYNN JACOBS

      Plaintiff - Appellant

v.

ADMINISTRATIVE OFFICE OF THE COURTS; JAN KENNEDY, in her official
capacity as New Hanover County Clerk of Superior Court

      Defendants - Appellees

 and

BRENDA TUCKER, New Hanover County Clerk of Superior Court; MELISSA
GRIFFIN; DEBRA EXCELL

      Defendants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Wilmington |
| Originating Case Number | 7:11-cv-00169-BO |
| Date notice of appeal filed in originating court: | 09/30/2013 |

| Appellant | Christina Lynn Jacobs |
|---|---|
| Appellate Case Number | 13-2212 |
| Case Manager | Amy L. Carlheim<br>804-916-2788 |