IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No: 7:11-CV-169-BO

| | |
|---|---|
| CHRISTINA LYNN JACOBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| N.C. ADMINISTRATIVE OFFICE OF THE ) | **O R D E R** |
| COURTS, and JAN KENNEDY in her ) | |
| OFFICIAL capacity as NEW HANOVER ) | |
| COUNTY CLERK OF SUPERIOR COURT, ) | |
| ) | |
| Defendants. ) | |

This cause comes before the Court on remand from the court of appeals. By opinion entered March 12, 2015, the court of appeals reversed in part this Court's order granting summary judgment against plaintiff and remanded the matter for trial on plaintiff's ADA disability discrimination, retaliation, and failure to accommodate claims. [DE 86].

Mandate having been entered on April 3, 2015, the Court hereby ORDERS that the judgment entered in this Court on September 3, 2013, is VACATED. Defendants' motion for summary judgment is GRANTED IN PART and DENIED IN PART. This matter shall proceed to trial on plaintiff's ADA disability discrimination, retaliation, and failure to accommodate claims. The clerk is DIRECTED to refer this matter to the appropriate United States Magistrate Judge for pretrial conference.

SO ORDERED, this 16 day of April, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE