UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:11-CV-169-BO

| | |
|---|---|
| CHRISTINA LYNN JACOBS,<br>Plaintiff,<br><br>v.<br><br>N.C. ADMINISTRATIVE OFFICE<br>OF THE COURTS, and JAN<br>KENNEDY in her official capacity as<br>NEW HANOVER COUNTY CLERK<br>OF SUPERIOR COURT,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the agreement of the parties, Plaintiff Christina Jacobs and Defendants N.C. Administrative Office of the Courts and Jan Kennedy in her official capacity as New Hanover County Clerk of Superior Court, by and through counsel, hereby stipulate to the dismissal of the above-captioned matter with prejudice. Each party will bear their own costs and attorneys' fees.

Respectfully submitted, this the 29th day of June, 2015.

Attorneys for Plaintiff

By: /s/ Vanessa K. Lucas
Vanessa K. Lucas
N.C. State Bar No. 33582
vanessa@edelsteinpayne.com
EDELSTEIN & PAYNE
P. O. Box 28186
Raleigh, NC 27611
Telephone: (919) 828-1456
Facsimile: (919) 828-4689

Attorneys for Defendants

By: /s/ Kathryn Shields
Kathryn Shields
N.C. State Bar No. 43200
kshields@ncdoj.gov
Grady L. Balentine, Jr.
N.C. State Bar No. 19542
gbalentine@ncdoj.gov
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602

Lisa Grafstein  
N.C. State Bar No. 22076  
lisa.grafstein@disabilityrightsnc.org  
A. Mercedes Restucha-Klem  
N.C. State Bar No. 40018  
mercedes.restucha@disabilityrightsnc.org  
DISABILITY RIGHTS NORTH CAROLINA  
3724 National Drive, Suite 100  
Raleigh, North Carolina 27612  
Telephone: (919) 856-2195  
Facsimile: (919) 856-2424  

Telephone: (919) 716-6800  
Facsimile:  (919) 716-6755

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:11-CV-169-BO

| | |
|---|---|
| CHRISTINA LYNN JACOBS,<br>Plaintiff,<br><br>v.<br><br>N.C. ADMINISTRATIVE OFFICE<br>OF THE COURTS, and JAN<br>KENNEDY in her official capacity as<br>NEW HANOVER COUNTY CLERK<br>OF SUPERIOR COURT,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Vanessa K. Lucas, hereby certify I electronically filed a copy of the foregoing **Stipulation of Dismissal With Prejudice** with the Clerk of Court using the CM/ECF system, which will give electronic notice of the same to the following CM/ECF participants:

Kathryn Shields
Grady L. Balentine

This, the 29th day of June, 2015.

EDELSTEIN AND PAYNE

/s/ Vanessa K. Lucas
Vanessa K. Lucas, N.C. Bar No. 33582
P.O. Box 28186
Raleigh, NC 27611
Telephone: 919.828.1456
Facsimile: 919.828.4689
Vanessa@edelsteinpayne.com

*Attorneys for Plaintiff*

15202348.1